**Order entered November 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01373-CV

### IN RE LOUISE KING, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-4995**

# ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     JASON BOATRIGHT
         JUSTICE